14-3359-cv
Neroni v. Hinman, Howard & Kattell, LLP

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of June, two thousand fifteen.

PRESENT: DENNIS JACOBS,
        GUIDO CALABRESI,
        GERARD E. LYNCH,
                Circuit Judges.

- - - - - - - - - - - - - - - - - - - -X
FREDERICK J. NERONI,
     Plaintiff-Appellant,

     -v.-                            14-3359-cv

HINMAN, HOWARD & KATTELL, LLP, LEVENE,
GOULDIN & THOMPSON, LLP, MARGARET
FOWLER,
     Defendants-Appellees.[*]
- - - - - - - - - - - - - - - - - - - -X

---

[*] The Clerk of Court is respectfully directed to amend the official caption in this case to conform with the caption above.

**FOR APPELLANT:**                    Frederick J. Neroni, <u>pro se</u>, Delhi, New York.

**FOR APPELLEES:**                    James S. Gleason, Hinman, Howard & Kattell, LLP, Binghamton, New York.

                                      Robert A. Barrer, Barclay Damon, LLP, Syracuse, New York.

Appeal from an order of the United States District Court for the Northern District of New York (Sharpe, <u>J.</u>).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the order of the district court be **AFFIRMED**.

Frederick J. Neroni appeals from the order of the United States District Court for the Northern District of New York (Sharpe, <u>J.</u>), granting defendants' motions for attorneys' fees and costs. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

"[W]e review a trial court's decision whether to award attorneys' fees to a prevailing party, and in what amount, under an abuse of discretion standard." <u>Haley v. Pataki</u>, 106 F.3d 478, 481 (2d Cir. 1997) (internal quotation marks omitted). Upon review of the record, we discern no abuse of discretion and affirm the district court's order for substantially the reasons set forth in its thorough and well-reasoned opinion.

For the foregoing reasons, and finding no merit in Neroni's other arguments, we hereby **AFFIRM** the order of the district court.

                                      FOR THE COURT:
                                      CATHERINE O'HAGAN WOLFE, CLERK